IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALBERT MULBERRY, JR,

    Petitioner,

v.                                    CASE NO. 1:10-cv-00132-MP -GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondents.
_____/

# O R D E R

This matter is before the Court on Doc. 22, Respondent's fifth motion for an extension of time until March 7, 2011, to respond to the Petition due to exigent circumstances. Upon due consideration, it is **ORDERED**:

1. That the motion, Doc. 22, is **GRANTED**. Respondent shall respond to the Petition **on or before March 7, 2011.**

2. Petitioner shall have until **April 6, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 8th day of February 2011.

                                *s/ Gary R. Jones*
                                GARY R. JONES
                                United States Magistrate Judge