IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALBERT MULBERRY, JR,

    Petitioner,

v.                                        CASE NO. 1:10-cv-132-MP -GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

On June 26, 2013, the undersigned ordered Petitioner to show cause on or before July 10, 2013, as to why this case should not be dismissed for failure to prosecute because Petitioner failed to apprise the court of his change of address to a different institution. Doc. 34. The Order was returned to the Court as undeliverable. Doc. 35.

The Court directed the Respondent to confirm Petitioner's custody status. Doc. 36. A copy of the Order was sent to Petitioner, but was returned as undeliverable. Doc. 40. The Respondent informed the Court that Petitioner is currently on conditional release, and provided the Court with Petitioner's last known address. Doc. 38.

On July 23, 2013, the Court ordered Petitioner to file a change of address with the Court on or before August 2, 2013, and the Clerk mailed the Order to Petitioner's last known address as provided by the Respondent, as well as his address of record with the Court. Doc. 39. That Order was returned as undeliverable. Doc. 41.

As of the date of this Report and Recommendation, all mail directed to Petitioner

since June 26, 2013, has been returned to the Court as undeliverable. Petitioner has not provided the Court with a current address, and has failed to comply with the Court's Orders to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute**.**

**IN CHAMBERS** this 6th day of August 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge