**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ALBERT MULBERRY, JR,

      Petitioner,

v.                                              CASE NO. 1:10-cv-00132-MP-GRJ

FLORIDA ATTORNEY GENERAL, WALTER A MCNEIL, SECRETARY DEPARTMENT
OF CORRECTIONS,

      Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated . (Doc. 43).  The parties have been furnished a copy of the Report and

Recommendation and have been afforded an opportunity to file objections pursuant to Title 28,

United States Code, Section 636(b)(1). The time for filing objections has passed, and none have

been filed.

Upon consideration, I have determined that the Report and Recommendation should be

adopted and this case dismissed for failure to prosecute and to keep the Court apprised of

petitioner's address.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated
   by reference in this order.

2.     This case is dismissed and the Clerk shall close the file.

**DONE AND ORDERED** this *17th* day of September, 2013

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge